UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-29(01)RM |
| ) | |
| TYRELL ARMSTRONG ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 2, 2008 [Doc. No. 20]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Tyrell Armstrong's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:   July 22, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court